```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**OTTO BERK,** *et al.***,**

    **Plaintiff,**

    **vs.**                                  **Civil Action 2:10-CV-1082**
                                              **Judge Frost**
                                              **Magistrate Judge King**

**ERNIE MOORE, DIRECTOR,** *et al.***,**

    **Defendants.**

<u>ORDER</u>

    On December 30, 2011, the United States Magistrate Judge recommended that the motion for interim injunctive relief filed on December 21, 2011, Doc. No. 107, be denied.  *Report and Recommendation*, Doc. No. 111. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection to the *Report and Recommendation*.

    The *Report and Recommendation,* Doc. No. 111, is **ADOPTED AND AFFIRMED**.  The motion for a temporary restraining order, Doc. No. 107, is **DENIED**.

    The Court notes that the December 30, 2011 motion for a temporary restraining order, Doc. No. 112, remains pending.

                                                                          <u>/s/ Gregory L. Frost</u>
                                                                                   Gregory L. Frost
                                                                                    United States District Judge