**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**OTTO BERK,** *et al.*,

    **Plaintiff,**

    vs.                                   **Civil Action 2:10-CV-1082
Judge Frost
Magistrate Judge King**

**ERNIE MOORE, DIRECTOR,** *et al.*,

    **Defendants.**

## ORDER

On December 30, 2011, the United States Magistrate Judge recommended that the motion for interim injunctive relief filed on December 21, 2011, Doc. No. 107, be denied. *Report and Recommendation*, Doc. No. 111. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection to the *Report and Recommendation*.

The *Report and Recommendation,* Doc. No. 111, is **ADOPTED AND AFFIRMED**. The motion for a temporary restraining order, Doc. No. 107, is **DENIED**.

The Court notes that the December 30, 2011 motion for a temporary restraining order, Doc. No. 112, remains pending.

                                                      /s/ Gregory L. Frost
                                                      Gregory L. Frost
                                                      United States District Judge